# ATTACHMENT 1

## COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

__Jimmie L. Joshua JR__

vs

Case Number: _____
(to be supplied by clerk of court)

(Full name of defendant(s)) __DanE County Staff__
__Sgt. R Lurquin, Sgt mcPherson__
__DePuty Wacholz, DePuty Poqvett, DePuty__
__And DePuty Shotliff, WellPath Staff__
__nurse Bobby, nurse mendy__

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __DanE County Jail, 115 W. Doty St madison WI 53704__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.   Defendant **DavE mahoney/Sheriff**
(Name)

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at **DanE County Jail, 115 W. Doty St madison WI, 53703**
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **DanE County Jail 115 W. Doty St, madison WI 53703**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On the above date and Time of Dec 23, 2020 I was housed on unit 705 due to covid 19 I was out for my hour out when deptuy, Wachhols told me my Time was up Ive told him that Ive had a vist comeing in he told me go fuckin lock down Ive Told him naw Im not naw take me to 717 to as my hands wentIN The air deptuy Wachhols walking towards me on camera as my hands wereUP walking backwards towards my Cell at that time he tried to reach out and put his

Attachment One (Complaint) – 2

hands on me I ran into my cell to lock myself down before I could even he Rit his hands on me grabing me as Im holding on to my cell bars For dear life I told deptuy winchhols Please get of me your hurting me before I new it Deptuy shotliff, Deptuy Pegartt enterd houseing unit 705 Pulling ME out of my cell which is cell C on unit 705 here in the CCB, Picking me up by my left leg and slamming on my right side causeing my right hip to pop out the socket breaking and damageing bones, causeing damge to my Pelius bone as I was on the ground I seen the move 3 team enter the houseing unit I've told the deptuys I need to go the hospital I'm in alot of pain at that time I was hand cuffed behind my back the Jail house nurse mendy came in and saw me as the deptuys tried to stand me up and Place me in the chair I was in so much pain I knew something was worng the Jail house nurse here at dane county Jail mendy look at me and said I will be ok theres nothing worng I said I Please need to go to the hosPital the sgrt mcpherson and mendy said No he's cleard take him to 717 Now Im yelling out Im hurting Im a kill my seIF they Place me on houseing unit 623 Suicde watch

Attachment One (Complaint) – 3

SEE Attachment →

the same night cell If it was really hard from the chair to the bed to Place me I keIP asking why I cant go to the hosPaital asking over, and over the dePutys told me the nurse mendy medcaily cleared me with out takeing one look at me the nurse and Jail staff left me there in the cell to Pee and to craP all over my self up to 16 to 20 hours in that cell unable to move or anything intill the next day Dec 24 when my girlfriend call to the dane county Jail and ask to sPeak to srgt. Lurquin and he told her that It may to beleve Im fakeing there may be nothing worng with me nurse mike Pull an weel chair uP to my cell with dePtuy Lenderman to get me to medical and I could not even move Dane co. have had to send me to the UW hosPital when to find out I have a broken hiP and Plevis I had to be hosPaitalize for 8 days under gone 4 to 6 hours of Surgrey, mendy works For WellPath here at the Jail also stated she was ImPeded from giveing me medcail Attention on dec 23, Dane county Jail dePtuys Wochhols, Shotliff, Peavett nurse mendy, Srgt mcPherson and Srgt Lurquin all have violated my rights, DePtuy Wochhols, Shotliff, Peavett have used Excessive Force agasit me Violateding my 14th amendment and 8th amendment Dane county Jail Nurse mendy Violated my rights by medical malPractice and Bobby WellPath staffing nurse

Witness

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 2.5 million

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Jimmie Lee Joshua JR is sueing Dane County Jail and it Staff members up to the amount of $2.5 million Dollars due to the use of Excessuie force used on me and the medical malpractice by the jail nurse causeing me not olny mental Troma, medical Issues For the rest of my life I will like the county Jail to Pay all my medical expenss For life all I ask the court to all allow me to sue each defendant seporte and to moue me out of dane county jail Intill this law suit is over due to me fearing For my safety. I ask the court to order dane county jail Well Path nurseing staff to Pay my Attorney fees

Attachment One (Complaint) – 4

E.   JURY DEMAND

☒   Jury Demand – I want a jury to hear my case
           OR

☒   Court Trial – I want a judge to hear my case

Dated this __28__ day of __FeB__ 20__21__.

Respectfully Submitted,

*Jimmie J Joshura Jr*
Signature of Plaintiff

__584383__
Plaintiff's Prisoner ID Number

__Dane County Jail, 115 W. Doty__
__madison WI 53704__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5