# Office of the Clerk

## United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

March 17, 2021

Sheriff
Dane County Jail
115 W. Doty St.
Madison, WI 53703

Re:   Case no. 21-cv-144-bbc; Joshua, Jimmie v. Dane County Staff et al

Dear Sheriff:

Under the Prison Litigation Reform Act, an inmate who files a lawsuit in federal court under the *in forma pauperis* statute must pay the $350 filing fee, by sending the fee to the court in installments of 20% of the preceding month's income in accordance with § 1915(b)(2).  An inmate in custody at your institution filed a lawsuit in this court.  His name and the case number assigned to his lawsuit are set forth below:

**Inmate Name: Jimmie L. Joshua, Jr., #384383**
**Case No. 21-cv-144-bbc**

An initial partial payment of $63.39 has been paid in this case.  Your financial officer's obligation to deduct monthly payments until the filing fee has been paid in full is addressed in *Lucien v. DeTella*, 141F.3d 773 (7th Cir. 1998).  If this inmate is transferred to another institution, the financial officer of that institution will need to know of his obligation so that monthly payments will continue.

PETER OPPENEER, Clerk of Court,

By: ___s/_____
       Deputy Clerk

cc:  Jimmie L. Joshua, Jr.