IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JIMMIE L. JOSHUA, JR.,

                                                                                                      ORDER

                    Plaintiff,

                                                                                                         21-cv-144-bbc

     v.

DANE COUNTY STAFF, SGT. R. LURKIN,
SGT. MCPHERSON, DEPUTY WACHOLZ,
DEPUTY POQUETT, DEPUTY SHOTLIFF,
WELLPATH STAFF, NURSE BOBBY,
NURSE MENDY AND SHERIFF DAVE MAHONEY,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Jimmie L. Joshua, Jr. has filed a civil action under 42 U.S.C. § 1983, alleging that staff at the Dane County jail violated his constitutional rights in various ways. Now he has filed a motion to stay or dismiss the case while he pursues administrative exhaustion. Dkt. #6. Because plaintiff must exhaust his administrative remedies *before* filing suit, 42 U.S.C. § 1997e(a), I cannot stay this case while plaintiff pursues exhaustion. However, I will dismiss plaintiff's claims without prejudice. He may refile his claims after he has exhausted his administrative remedies.

1

ORDER

IT IS ORDERED that plaintiff Jimmie L. Joshua's motion to voluntarily dismiss his complaint, dkt. #6, is GRANTED. The complaint is DISMISSED WITHOUT PREJUDICE so that plaintiff can exhaust his administrative remedies.

Entered this 22d day of April, 2021.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge