IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMIE L. JOSHUA, JR.,

    Plaintiff,

    v.

DANE COUNTY STAFF, SGT. R. LURKIN, SGT. MCPHERSON, DEPUTY WACHOLZ, DEPUTY POQUETT, DEPUTY SHOTLIFF, WELLPATH STAFF, NURSE BOBBY, NURSE MENDY, and SHERIFF DAVE MAHONEY,

    Defendants.

Case No. 21-cv-144-bbc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 4/22/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |