TO: The United States District Court

From: Jimmie Lee Joshua
Case # Number 21-CV-144-bbc

I am writeing the Clerk of courts to refile my claims I've Exhausted Every administrative remedie I have here at the dane county Jail I even filed a Notice of Injury and Curmmstaice with the county I ask the court to allow me to add on Well Path - HSA Brittany to my 1983 Civil law suit complaint She is legally responsible For my safety medically here in Dane County Jail

I End my motion to refile my claims and add on Well Path HSA Staff member Brittany for Val. my 8th amendment

Sign X  *Jimmie Joshua Jr*

5/5/21